JS-6

**Abram Charles Zukor, Esquire**
**State Bar Number 60228**
**Marilyn H. Nelson, Esquire**
**State Bar Number 137074**
**ZUKOR AND NELSON**
**9665 Wilshire Boulevard, Ninth Floor**
**Beverly Hills, California 90212**
**Telephone:  (310) 274-0846**
**Facsimile:  (310) 278-4862**

Attorneys for Plaintiffs FLAVIO DEOLIVEIRA and AMY DEOLIVEIRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO DEOLIVEIRA, AMY DEOLIVEIRA, and B. D., A Minor, by and through his Guardian ad Litem, Flavio DeOliveira,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KOREAN AIRLINES CO., LTD, A Business Entity; DOES 1 through 50, Inclusive; DOE CORPORATION and ROE PARTNERSHIP,<br><br>　　　　Defendants | Case No.: CV 14-5315-GW(SSx)<br><br>Trial Date: May 26, 2015<br><br>**ORDER REGARDING STIPULATION RE: DISMISSAL** |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 2:14-cv-05315-GW-SS is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: April 24, 2015

*George H. Wu*
_____
George H. Wu. U.S. District Judge

[PROPOSED] ORDER REGARDING STIPULATION RE: DISMISSAL